UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Gregory J. Avedisian and**
**Linda J. Avedisian**

**VS.**                  **C.A. NO. 16-cv-00654-S**

**Select Portfolio Servicing, Inc. and**
**U.S. Bank, NA, successor trustee to**
**LaSalle Bank National Association, on**
**Behalf of the Holders of Bear Stearns**
**Asset Backed Securities I Trust 2005-HE10**
**Asset-Backed Certificates Series 2005-HE10**

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS**

    Now come Plaintiffs, Gregory J. Avedisian and Linda J. Avedisian, and hereby objects to Defendants' Motion to Dismiss. As grounds for the objection, Plaintiffs assert that they have filed an amended complaint adding paragraphs and amending counts relative to defects in the short sale since the filing of the initial complaint in November.

    Wherefore, Plaintiffs pray that Defendants' Motion to Dismiss is denied.

.

                                               Plaintiffs
                                               Gregory J. Avedisian and
                                               Linda J. Avedisian
                                               By their attorney,

                                               /s/ Corey J. Allard, Esq.

                                               _____
                                               Corey J. Allard, Esq. (#7476)
Date: 2/24/2017                               P.O. Box 28263
                                               Providence, RI 02908
                                               (401) 338-6381

## Certification

I hereby certify that I have e-filed the within via the CM/ECF System on this 24th day of February, 2017.

/s/ Corey J. Allard, Esq.