# EXHIBIT C

BK295PG0516
Doc #0863

TOWN OF CHARLESTOWN. R.I.
JODI P. LACROIX CMC
TOWN CLERK
AP Deputy
06 APR -4 PM 1:25

EMC Tracking No.:0011253630
MIN:100022100112536305

Requested by & Return to:
TransUnion Settlement Solutions
1421 Wells Branch Parkway Ste.305
Pflugerville, TX 78660 (512) 464-8600

Preparer: Nicholas Crenshaw

Project Name: 020306
Trans Flow_Proj 414

## Assignment of Mortgage

For Value Received and without recourse, First Horizon Home Loan Corporation hereby grants, assigns and transfers to:

Mortgage Electronic Registration Systems, Inc.
3300 SW 34th Ave., Suite 101, Osceola, FL 34474
Phone # 1-888-679-6377

All the rights, title and interest of the undersigned in and to that certain Real Estate Mortgage in the amount of $542,000.00

Dated 4/14/2005

Executed by GREGORY J AVEDISIAN

To First Horizon Home Loan Corporation whose address is 5901 College Boulevard, 3rd floor, Overland Park, KS 66211

Recorded on ___4-19-05___, in Book/Volume No. ___279___,

Page(s) ___0085___, as Document No. ___1107___

WASHINGTON County Records, State of RI, on real estate legally described as follows:

ALL THAT TRACT OR PARCEL OF LAND AS SHOWN ON SCHEDULE "A" ATTACHED HERETO WHICH IS INCORPORATED HEREIN AND MADE A PART HEREOF.

Together with the note or notes therein described or referred to, the money due and to become thereon with interest, and all rights accrued or to accrue under said Real Estate Mortgage.

Dated: June 1, 2005   First Horizon Home Loan Corporation

_____
Susan Long, Div. Vice President

_____

State of Kansas
County of Johnson

On June 1, 2005 before me, the undersigned, a Notary Public in and for the said County and State, personally appeared Susan Long to me personally known, who, being duly sworn by me, did say that she is the Div. Vice President of First Horizon Home Loan Corporation, a Kansas Corporation and that said instrument was signed on behalf of said corporation by authority of its Board of Directors and said Div. Vice President acknowledged said instrument to be the free act and deed of said corporation. In testimony whereof, I have set my hand and affixed my official seal the day and year last above written.

(NO CORPORATE SEAL)

_____
Notary Name: Lorraine Gee
Notary Public for the state of Kansas
My commission expires: 1/04/06

Send tax statement to/
This document prepared by:

Requested by & Return to:
TransUnion Settlement Solutions
1421 Wells Branch Parkway Ste.305
Pflugerville, TX 78660   (512) 464-8600

Preparer: Nicholas Crenshaw

[Stamp: Notary Public - State of Kansas / Lorraine Gee / My Appointment Expires Jan. 4, 2006]